UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-16110 |
| DONALD A. STEINBERG, | ) | |
| DEBTOR | ) | |
| | ) | |
| iPROMOTEu.com, Inc. | ) | |
| | ) | Honorable Deborah L. Thorne |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Adversary No. 19-00902 |
| | ) | |
| DONALD A. STEINBERG, | ) | Chapter 7 |
| | ) | |
| DEFENDANT | | |

## NOTICE OF MOTION

To:  Brandon G. Hummel, Hummel Law Group 1902 Ivy Lane, Glenview, IL 60026
     bhummel@hummellawgroup.com

**PLEASE TAKE NOTICE** that on the 24th day of September, 2019, at 9:30 a.m., before the Honorable Deborah L. Thorne in Courtroom 613 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, the undersigned shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL 60604; (312) 332-0267

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the foregoing notice and attached motion for extension of time to answer or otherwise plead to Plaintiff's complaint on the above-referenced party via the Court's CM/ECF System on the 17th day of September, 2019, before the hour of 5:00 p.m.

/s/ Joel A. Schechter

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-16110 |
| DONALD A. STEINBERG, DEBTOR | |
| iPROMOTEu.com, Inc. | Honorable Deborah L. Thorne |
| PLAINTIFF | |
| v. | Adversary No. 19-00902 |
| DONALD A. STEINBERG, | Chapter 7 |
| DEFENDANT | |

MOTION OF DEFENDANT, DONALD A. STEINBERG, FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, Donald A. Steinberg ("Defendant") by and through his attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the Court for the entry of an order extending the time to answer or otherwise plead to the Complaint Objecting to Discharge and Dischargeability of Certain Debts ("Complaint") filed by the Plaintiff, iPromoteu.com, Inc., ("Plaintiff") and in support thereof, states as follows:

1. On July 28, 2017, Defendant filed a voluntary petition pursuant to Chapter 7 of Title 11, United States Code.

2. On August 19, 2019, Plaintiff filed its Complaint.

3. The initial status hearing on the Complaint was set for September 5, 2019, which date was prior to the date set for Defendant to plead to the Complaint. The status hearing was continued to October 15, 2019.

4. The summons filed on the docket reflects that an answer is due September 18,

2019.

5.	Defendant retained counsel on September 16, 2019, to represent him in connection with the Complaint.

6.	Defendant needs additional time to either file an answer to the Complaint or a motion attacking the sufficiency of the Complaint and hereby requests an extension to and including October 30, 2019.

7.	The reason for the extension requested is that counsel for the Defendant has requested all of Defendant's documentation regarding the allegations raised in the Complaint for his review prior to filing either an answer or a motion attacking the sufficiency of the Complaint.

8.	Defendant does not believe that any prejudice will result to the Plaintiff if the Court grants Defendant's request and the request herein is not made to unnecessarily delay the proceedings.

9.	Assuming the Court grants the instant motion, Defendant requests that the current status hearing date of October 15, 2019, be stricken and reset to a date beyond October 30, 2019.

WHEREFORE, Defendant, Donald A. Steinberg, prays the Honorable Court enter an order extending the time for Defendant to answer or otherwise plead to the Complaint to and including October 30, 2019, strike the current status hearing set for October 15, 2019, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Donald A. Steinberg, Defendant

By: <u>Joel A. Schechter</u>
His Attorney

Joel A. Schechter
Attorney No. 3122099
53 West Jackson Blvd., Suite 1522
Chicago, IL 60604; 312-332-0267